UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DAVID SAYRE,**            Plaintiff, | CASE NO. 1:17-cv-02511 |
| vs. | JUDGE DAN AARON POLSTER |
| **WEST SIDE METALS CORP.,**            Defendant. | **<u>PROPOSED STIPULATED ORDER FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE</u>** |

Plaintiff David Sayre and Defendant West Side Metals Corp., in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of this action, with each party to bear its own expenses, costs and attorneys' fees. Further, the Parties respectfully request that the Court approve their settlement agreement, which was provided to the Court for in camera review, as fair and reasonable. Finally, the Parties respectfully request that the Court retain jurisdiction to enforce the Parties' settlement agreement.

IT IS SO ORDERED.

_____
JUDGE DAN AARON POLSTER

APPROVED

| | |
|---|---|
| /s/ Shannon M. Draher | /s/ Rebecca J. Bennett |
| Shannon M. Draher (0074304) | Rebecca J. Bennett (0069566) |
| sdraher@ohlaborlaw.com | rebecca.bennett@ogletree.com |
| Hans Nilges (0076017) | Robert C. Petrulis (0040947) |
| hans@ohlaborlaw.com | Robert.petrulis@ogletree.com |
| NILGES DRAHER LLC | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 7266 Portage Street, NW | |
| Suite D | 127 Public Square, 4100 Key Tower |
| Massillon, OH 44646 | Cleveland, OH 44114 |
| (330) 470-4428 (Phone) | Phone: (216) 241-6100 |
| (330) 754-1430 (Fax) | Fax: (216) 357-4733 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June 2018, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Shannon M. Draher
Shannon M. Draher (0074304)
*Counsel for Plaintiffs*