FILED
9:10 am Jun 18 2018
Clerk U.S. District Court
Northern District of Ohio
Cleveland

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DAVID SAYRE,**<br>　　　　Plaintiff,<br><br>　vs.<br><br>**WEST SIDE METALS CORP.,**<br><br>　　　　Defendant. | CASE NO. 1:17-cv-02511<br><br>JUDGE DAN AARON POLSTER<br><br>**<u>STIPULATED ORDER FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE</u>** |

　　　　Plaintiff David Sayre and Defendant West Side Metals Corp., in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of this action, with each party to bear its own expenses, costs and attorneys' fees. Further, the Parties respectfully request that the Court approve their settlement agreement, which was provided to the Court for in camera review, as fair and reasonable. Finally, the Parties respectfully request that the Court retain jurisdiction to enforce the Parties' settlement agreement.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JUDGE DAN AARON POLSTER